UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


ANTHONY D. FORSTER,

    Petitioner,

v.                                            3:06-cv-235

JAMES WORTHINGTON, Warden,

    Respondent.


## MEMORANDUM AND ORDER


The court is in receipt of a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. The application to proceed *in forma pauperis* is **GRANTED.** The Clerk is DIRECTED to file this action without prepayment of costs or other fees as of the date the petition was received.

The petitioner attacks the legality of his confinement under a judgment of conviction for especially aggravated robbery entered by the Criminal Court for Davidson County, Tennessee. 28 U.S.C. § 2241(d) grants discretion to this court to transfer petitioner's application for the writ of habeas corpus to the district court for the district in which petitioner was convicted. Accordingly, in the interests of justice, judicial economy and convenience of the parties and witnesses, the Clerk is **DIRECTED** to transfer this action to

the United States District Court for the Middle District of Tennessee, Nashville Division, pursuant to 28 U.S.C. § 2241(d).

**E N T E R:**

                                                  s/ Leon Jordan
                                       United States District Judge